IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Willie Johnson, #166593, | ) |
| Plaintiff, | ) Civil Action No. 6:09-1375-TLW-WMC |
| vs. | ) **REPORT OF MAGISTRATE JUDGE** |
| Warden Levern Cohen, et al., | ) |
| Defendants. | ) |

The plaintiff, a state prisoner proceeding *pro se*, seeks relief pursuant to Title 42, United States Code, Section 1983. This matter is before the court on motion of the plaintiff that "this case be dismissed – immediately on (All) defendants."

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under Title 42, United States Code, Section 1983, and submit findings and recommendations to the District Court.

Wherefore, it is recommended that the plaintiff's motion be granted and this action be dismissed without prejudice.

                                                                                                   s/William M. Catoe
                                                                                                   United States Magistrate Judge

December 14, 2009

Greenville, South Carolina